IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRAIG A. BREEDLOVE                                            PLAINTIFF

v.                              Civil No. 07-5039

MICHAEL J. ASTRUE[1], Commissioner
SOCIAL SECURITY ADMINISTRATION                               DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of February 26, 2007.

Plaintiff's in forma pauperis application will be returned without filing due to his failure to complete the entire application. Plaintiff has failed to indicate whether he has any cash, checking or savings accounts, or owns any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property. Accordingly, plaintiff is given up to and including April 2, 2007, in which to furnish the court with an application or pay the filing fee. Should plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 5 2007

CHRIS R. JOHNSON, CLERK

BY

3/1/07 _____ DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)